

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ARMANDO AVILA, | § | No. 08-16-00060-CV |
| Appellant, | § | Appeal from the |
| v. | § | 419th District Court |
| UNITED PERCEL SERVICE, INC., | § | of Travis County, Texas |
| Appellee. | § | (TC# D-1-GN-14-000743) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's pro se Reply Brief third motion for extension of time within which to file the brief until **May 8, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mr. Armando Avila, the Appellant, prepare the Appellant's pro se reply brief and forward the same to this Court on or before May 8, 2017.

IT IS SO ORDERED this 19th day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.